GRACE L. SANDOVAL
P.O BOX 712793
SAN DIEGO CA 92171

**UNITED STATES
DISTRICT COURT**

FILED
SOUTHERN DISTRICT OF
CALIFORNIA
08 SEP -4 PM 2:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| **GRACE L. SANDOVAL** ) | |
| (Plaintiff) ) | |
| ) | |
| ) | |
| ) | |
| ) | **COMPLAINT** |
| **Vs.** ) | |
| ) | |
| ) | **'08 CV 1623 BEN JMA** |
| ) | |
| ) | |
| **COUNTY OF SAN DIEGO** ) | |
| (Defendant) ) | |
| _____ ) | |

    I, GRACE L. SANDOVAL M SUBMITTING A PREFILING ORDER ON
THE COUNTY OF SAN DIEGO, CALIFORNIA. I, GRACE LUPE SANDOVAL
AKA: GRACE SANDOVAL SLALI, LUPE GRACIELA SANDOVAL AM THE
MOTHER OF PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE. I, GRACE L.
SANDOVAL AKA: GRACE S. SLALI MARRIED JESSE DIAZ SLALI ON
SEPTEMBER 11, 1976 AT SAINT JOSEPH CATHOLIC CHURCH, CENTER
STREET, WESTMORLAND, CALIFORNIA. MY DAUGHTER PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO WAS BORN ON MARCH 22,
1977 AT SHARP MEMORIAL HOSPITAL, 7901 FROST STREET, SAN DIEGO,
CALIFORNIA 92123. MY DAUGHTER CORINA SANDOVAL SLALI AKA:
PECK, CORIE WAS BORN ON MARCH 11, 1982 AT EL CENTRO
COMMUNITY HOSPITAL, EL CENTRO, CALIFORINA AKA: EL CENTRO
REGIONAL HOSPITAL. MY DAUGHTER PRISCELLA SANDOVAL SLALI
AKA: BARNHART, DANKO WAS BORN FULL TERM PREGNANCY, HER
BIRTH WIEGHT WAS SIX POUNDS AND NINE AND ONE HALF OUNCES.

PAGE 2

PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO WAS BORN HEALTHY, FREE FROM DISEASE.  MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE WAS BORN FULL TERM PREGNANCY, HER BIRTH WIEGHT WAS SEVEN POUNDS AND FIFTEEN OUNCES.  CORINA SANDOVAL SLALI AKA: PECK, CORIE WAS BORN HEALTHY, FREE FROM DISEASE.  MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE ARE VICTIMS OF RAPE, KIDNAP, HOSTAGE, THAT HAVE BEEN BRUTALLY ABUSED BY RAPIST INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA INLCUDING O.J. SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE, DONNA MILLS, ALICE KRULL, ERNEST DEGUZMAN, DAN GREEN AKA: HAMMOND, CHRIS MAIER, ETC. THAT ARE JOINED WITH MANY ORPHANS FROM SAN DIEGO, CALIFORNIA, ORPHANS FROM FALLUJAH, IRAQ, ORPHANS FROM NEW JERSEY, ORPHANS FROM MEXICO, ETC. MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE HAVE BEEN VICTIMS OF RAPE IN SAN DIEGO COUNTY, CALIFORNIA AND HAVE FILED MANY CASES IN SUPRERIOR COURTS, 330 WEST BROADWAY, SAN DIEGO, CALIFORNIA ON THE CRIMINALS THAT HAVE BEEN ARRESTED FOR THEIR CRIME TO MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE.  MY DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE ENTIRE FACE HAS BEEN CUT, BURNED, REMOVED, ETC. THE INJURIES TO MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE HUMAN FACE AND BODY WAS PLANNED BY MY ENEMIES THAT HAVE STOLEN THOUSANDS OF U.S.

PAGE 3

DOLLARS FROM ME, GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERY, TRAILERS, CARS, EDUCATE, ETC. THAT ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH JOE S. REYNA AND HIS FRIENDS THAT LIVED IN BRAWLEY, CALIFORNIA INCLUDING EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO THAT LIVE IN SAN DIEGO COUNTY, CALIFORNIA. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO INCLUDING PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA ESPINOZA, LUIS CASILLAS-ROBLES, TERESA KINNY AKA: LEVINE AND MANY OTHERS PLANNED TO STEAL MONEY FROM ME, GRACE S. SLALI AKA: GRACE L. SANDOVAL BANK ACCOUNTS, STEALING EVERY ONE OF MY CARS,STEAL ALL OF MY FURNITURE, STEAL ALL OF MY GOLD, STEAL ALL OF MY CLOTHES, STEAL MY LEGAL DOCUMENTS, STEAL MY ENTIRE LUGGAGE FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BY MARIA ESPINOZA AND HER DAUGHTER BRENDA ESPINOZA THAT LIVED AT STONEWOOD APARTMENTS, MIDWAY DRIVE, SAN DIEGO, CALIFORNIA.

MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE WERE KIDNAPED BY FATIMA DIAZ SLALI ARREDONDO THAT LIVED AT 233 SUNRISE CIRCLE, VISTA, CALIFORNIA. FATIMA ARREDONDO IS JOINED WITH MANY DRUG ADDICTS INCLUDING JOE S. REYNA AND HIS BROTHER JAVIER S. REYNA, FELIPE PONCE, DOE ARREDONDO THAT IS HER, FATIMA S. ARREDONDO BROTHER IN LAW, IRMA RODRIGUEZ CLARK, MANUEL GARCIA, MARTHA FIERRO, ROQUE SANDOVAL, IRENE ARAUJO SALCEDA, IRMA MENDIBLES, RICARDO CASTANEDA, JOE CRUZ, HECTOR MENDEZ, REYES QUESADA, POLIMINO MIRAMONTES AKA: POLI, ERNEST ESPITIA, JOE MORENO, JOE MARTINEZ, BERNARDO MIRAMONTES, ARTHUR GRIJALVA, RUDY CHAVARRIA, ETC. IN DRUG

PAGE 4

SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. FATIMA S. ARREDONDO IS JOINED WITH A GROUP OF PEOPLE FROM THE PHILIPPINES, A GROUP OF PEOPLE FROM THE COUNTRY INDIA, EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO, ORPHANS FROM FALLUJAH, IRAQ, EX-CONVICTED, ETC. THAT LIVE IN SAN DIEGO COUNTY, CALIFORNIA THAT ARE INVOLVED IN POLYGAMY, WELFARE FRAUD, STEALING CARS, STEALING MONEY FROM BANK ACCOUNTS, STEALING FURNITURE, STEALING CLOTHES, SHOES, GOLD, ETC. AND INVOLVED DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. THE CRIMINALS THAT PLANNED THE KIDNAP, RAPE, HOSTAGE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHAR, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE ARE: LAURIE HARRISON, RICHARD HARRISON, MAGGIE CASTANO, GABRIEL CASTANO, IRMA RODRIGUEZ CLARK, JOE CLARK, JENNIFER DEBLASE, POLIMINO MIRAMONTES AKA: POLI, SYLVIA ARAUJO MIRAMONTES, IRENE ARAUJO SALCEDA, IRMA MENDIBLES, SARA BARNHART, STEVE BARNHART, PATTI GRIMES, CONNIE DIAZ SLALI CERVANTES STOKELY AKA: CONI, LINDA DIAZ SLALI, BAP RUSSO AKA: BAPSI SLALI, LORNA ALKFNE AKA: ALKSNE, LUPE NUNGARAY PINA, CORINNE ODONELL, JULIE NUNGARAY, FRANCISCO NUNGARAY AKA: PANCHO, FRANK DUTRA, FELOMENA NUNGARAY DUTRA AKA: SANDOVAL, MANUEL GARCIA, RICARDO CASTANEDA, MARTHA G. ROBLES, MARYLOU G. ROBLES, HENRY S. ROBLES JR., CYNTHIA S. ROBLES, FRANCISCO MUNOZ, JOSE MUNOZA, ELEANOR CONTRERAS SANCHEZ, PRSICILLA CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA RODRIGUEZ, JOSE REYES, TERESA KINNY AKA: LEVINE, LUPE CONCHOLA AKA: LEVINE, FELIPE PONCE, JAVIER S. REYNA, JOE S. REYNA, CHRISTINA REYNA ENRIQUEZ, GARTH BROOKS, ROD STEWART AKA: VANCE, JENNIE

PAGE 5

GARTH, JOHNNY LONGORIA, DONNY OSMOND, JOEL DOE, TERESA
PLAYER, ANDREW CAMERON, RICHARD PARELA, MATTHEW SPHAR,
CARDOZA BROTHER AND SISTER, CATHY, CELICA, SHARON, ANTHONY
DEBLASE, T-BOY SANDOVAL AKA: OSMAN, ROSIO VILLANUEVA,
IMPOSTER OF OF J.F.K. JR., ROSALIE DEBLASE, BARBARA, MANAGER
AT RIDGEVIEW APARTMENTS, ESCONDIDO, CALIFORNIA AND OTHERS
PLANNED THE KIDNAP OF MY DAUGHTER CORINA SANDOVAL SLALI
AKA: PECK, CORIE IN ESCONDIDO, CALIFORNIA TO FORCE CORINA
SANDOVAL SLALI AKA: PECK, CORIE TO CARRY CHILDREN BORN
PREMATURE WITH THE DRUG PROVERA ILLEGALLY BY EX PRISONERS
FROM LA MESA PRISON, TIJUANA, MEXICO THAT COLLECT WELFARE
FRAUD FROM VARIOUS COUNTIES IN CALIFORINA WITH IRMA
RODRIGUEZ CLARK, LUPE NUNGARAY PINA, LINDA RODRIGUEZ
RONCO, ETC. I, GRACE L. SANDOVAL DID NOT AGREE FOR MY TWO
DAUGHTERS  PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND  CORINA SANDOVAL SLALI AKA: PECK, CORIE TO CARRY ANY
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA FROM  THE
SAME RAPIST THAT HAVE RAPED MY MOTHER, FELOMENA NUNGARAY
DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN INCLUDING
MYSELF, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI,
LUPE GRACIELA SANDOVAL SINCE I, GRACE L. SANDOVAL WAS A
TEENAGER. MY MOTHER FELOMENA NUNGARAY DUTRA AKA:
SANDOVAL IS A VICTIM OF RAPE. FELOMENA DUTRA IS INVADED BY
HER BROTHER ROBERTO NUNGARAY SR. AND HIS FAMILY THAT LIVE
IN MEXICALI, MEXICO.  ROBERTO NUNGARAY SR.  FRIENDS RAPED MY
MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL IN
MEXICALI, MEXICO SINCE SHE, FELOMENA DUTRA WAS IN HER EARLY
TEEN YEARS AND FORCED HER, FELOMENA DUTRA TO CARRY
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA EVERY YEAR
FOR MANY YEARS.  FELOMENA DUTRA IS INVADED BY ALL THE

PAGE 6

CRIMINALS THAT RAPED HER, FELOMENA DUTRA THAT HAVE ALSO RAPED HER, FELOMENA DUTRA FIVE CHILDREN, GRANDCHILDREN, ETC. IN THE UNITED STATES. ROBERTO NUNGARAY SR. CHILDREN ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. ROBERTO NUNGARAY SR. WAS EMPLOYED IN CALEXICO, CALIFORNIA FOR MANY YEARS. ROBERTO NUNGARAY SR. AND HIS WIFE CARMEN NUNGARAY AND THEIR CHILDREN LIVED IN MEXICALI, MEXICO. ROBERTO NUNGARAY SR. CHILDREN ARE:ROBERTO JR., RICARDO, ERNESTO, HECTOR, RAMON, AYIDA, MIRNA, LUPE ARE ROBERTO NUNGARAY SR. CHILDREN WITH HIS WIFE CARMEN NUNGARAY.

ROBERTO NUNGARAY JR., ERNESTO NUNGARAY AND OTHERS ARE INVOLVED IN POLYGAMY, WELFARE FRAUD, STEALING MONEY, STEALING CARS, STEALING CLOTHES, STEALING SHOES, TOYS, GOLD, ETC. WITH MANUEL GARCIA. MANUEL GARCIA IS INVOLVED WITH THE GERMAN FROM OCEANSIDE, CALIFORNIA AND HIS RELATIVES THAT LIVE IN SAN DIEGO, CALIFORNIA INCLUDING CAROL FOGERTY AND HER HUSBAND DONALD HILDRE THAT LIVED IN YUMA, ARIZONA BEFORE MOVING TO SAN DIEGO, CALIFORNIA  IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. MANUEL GARCIA LIVED IN MEXICALI, MEXICO FOR MANY YEARS WITH HIS PARENTS, MANUEL GARCIA SR. AND HIS WIFE, DAMA AND THEIR CHILDREN.  MANUEL GARCIA IS JOINED WITH THE GERMAN THAT LIVES LEUCADIA, CALIFORNIA  IN DRUG  SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA IS JOINED WITH JOSE REYNA AKA: SANCHEZ AND HIS WIFE CARLOTA SANDOVAL REYNA AND THEIR THREE CHILDREN, CHRISTINA, JOE, JAVIER IN POLYGAMY, WELFARE FRAUD, STEALING MONEY, STEALING CARS, STEALING CLOTHES, SHOES, TOYS, GOLD,

PAGE 7

ETC. AND DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL
SUBSTANCES FROM MEXICO TO THE UNITED STATES. THE GERMAN
THAT LIVES IN OCEANSIDE, CALIFORNIA IS INVOLVED WITH HIS
RELATIVES IN SAN DIEGO COUNTY, CALIFORNIA, KATHY MEALER AND
MANY OTHER DRUG ADDICTS IN POLYGAMY, WELFARE FRAUD,
STEALING MONEY FROM BANK ACCOUNTS, STEALING CARS, STEALING
CLOTHES, SHOES, TOYS, ETC. FROM AMERICANS IN THE UNITED
STATES INCLUDING ALL OF THE STAR, ELVIS PRESLEY RELATIVES
THAT LIVE IN CALIFORNIA. THE STAR, ELVIS PRESLEY WAS RELATED
TO MY MOTHER, FELOMENA NUNGARAY DUTRA AKA: SANDOVAL. THE
GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA IS JOINED WITH
THE INDIANS THAT LIVE IN RINCON INDIAN RESERVATION, SAN DIEGO
COUNTY, CALIFORNIA INCLUDING KATHRYN JEAN YAVENDITTI AKA:
KATE, RANDY PECK, PRISCILLLA SPENCER, LISA SPENCER, NOBEL
BUTLER, MIKE BUTLER, CLAIRISSE MARQUEZ, ETC. IN THE INVASION
OF THE STAR, ELVIS PRESLEY AND HIS RELATIVES THAT LIVE IN
CALIFORNIA TO STEAL MONEY FROM THE STAR, ELVIS PRESLEY
RELATIVES TO RAPE THE STAR, ELVIS PRESELY RELATIVES, TO TAKE
HOSTAGE THE STAR, ELVIS PRESLEYO RELATIVES, ETC. THE GERMAN
THAT LIVES IN OCEANSIDE, CALIFORNIA IS INVOLVED IN POLYGAMY,
WELFARE FRAUD, STEALING MONEY, STEALING CARS, STEALING
CLOTHES, SHOES, GOLD, TOYS, ETC. IN BOTH COUNTRIES IN MEXICO
AND THE UNITED STATES WITH ROQUE SANDOVAL AND MANY
ORPHANS FROM MEXICO THAT ARE INVOLVED IN DRUG SMUGGLING
ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE
UNITED STATES. THE GERMAN THAT LIVES IN OCEANSIDE,
CALIFORNIA IS JOINED WITH ALL HIS RELATIVES THAT LIVE IN SAN
DIEGO COUNTY, CALIFORNIA IN THE INVASION OF MANY RESIDENTS
IN IMPERIAL COUNTY, CALIFORNIA INCLUDING IRENE ARAUJO
SALCEDA AND HER RELATIVES THAT LIVE IN BRAWLEY, CALIFORNIA

PAGE 8

IN POLYGAMY, WELFARE FRAUD, STEALING MONEY FROM BANK
ACCOUNTS, STEALING CARS, FURNITURE, GOLD, CLOTHES, SHOES,
TOYS, ETC. THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA
PLANNED MY INJURY TO MY RIGHT LUNG ON AUGUST 18, 1982 AT
FASHION VALLEY MALL, SAN DIEGO, CALIFORNIA AT CHARLOTTE
RUSSE STORE (WOMENS CLOTHING STORE). THE GERMAN THAT LIVES
IN OCEANSIDE, CALIFORNIA HAS STOLEN MONEY FROM MY MOTHER
FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE
CHILDREN THAT LIVED IN WESTMORLAND, CALIFORNIA, WELFARE
CHECKS RECEIVED EACH MONTH BY MAIL AT POST OFFICE BOX 495,
WESTMORLAND, CALIFORNIA 92281. THE GERMAN THAT LIVES IN
OCENSIDE, CALIFORNIA WAS ALSO STEALING MONEY FROM LUPE
CHAVEZ SWAIN AND HER GRANDPARENTS, LUIS REYNA AND
CHRISTINA REYNA THAT LIVED ON FIFTH STREET, WESTMORLAND,
CALIFORNIA. THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA IS
FRIENDS AND IS IN CONTACT WITH JOSE REYNA AKA: SANCHEZ. JOSE
REYNA AKA: SANCHEZ HAD A BROTHER NAMED TONY SANCHEZ THAT
WAS IN THE MILITARY. TONY SANCHEZ WAS REPORTED MISSING,
DEAD, ETC. AFTER THE GERMAN FROM OCEANSIDE, CALIFORNIA
FORCED A STRONG FLUID ON TONY SANCHEZ BODY THAT CAUSED
HIM, TONY SANCHEZ DEATH. TONY SANCHEZ DEATH IS ON MOVIE
CAMERA. THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA
FORCES INTO JOSE RODRIGUEZ AKA; PEPE HOME AT 9884 VIEW
COURT, ESCONDIDO, CALIFORNIA TO OFFER HIS STRONG LIQUID TO
BE POURED OVER A HUMAN BODY OF THE OWNERS OF THE TWELVE
ACRES OF FARM LAND AT 9884 VIEW COURT, ESCONDIDO, CALIFORNIA
TO CAUSE THE HUMAN BODY DEATH INLCUDING DETERIORATION OF
THE ENTIRE HUMAN BODY INSTANTLY ON CONTACT. JOSE
RODRIGUEZ PARENTS, AMADO RODRIGUEZ AND TERESA RODRIGUEZ
AND THEIR CHILDREN INCLUDING JOSE RODRIGUEZ AGREED TO

PAGE 9

MURDER THE OWNERS OF THE TWELVE ACRES OF FARM LAND AT 9884 VIEW COURT, ESCONDIDO, CALIFORNIA. THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA DEMANDS ALL OF THE JOSE REYNA RELATIVES AND HIS WIFE CARLOTA S. REYNA RELATIVES AND ALSO JOSE RODRIGUEZ RELATIVES AND HIS WIFE CHRISTINA N. RODRIGUEZ RELATIVES TO JOIN HIM, THE GERMAN IN CRIME INCLUDING MURDER WITH THE STRONG LIQUID THAT CAUSES DEATH OF THE HUMAN BODY INSTANTLY ON CONTACT. THE ENTIRE RELATIVES OF JOSE REYNA AKA: SANCHEZ AND HIS WIFE CARLOTA S. REYNA AND ALSO THE RELATIVES OF JOSE RODRIGUEZ AND HIS WIFE CHRISTINA NUNGARAY RODRIGUEZ RELATIVES ARE INVADED BY THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA THAT DEMANDS MONEY, FOOD, CLOTHES, CARS, GOLD, FURNITURE, CLOTHES, SHOES, ETC. I, GRACE L. SANDOVAL HAVE WITNESSED THE MURDER OF PEOPLE BY THE STRONG LIQUID PROVIDED BY THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA. I, GRACE L. SANDOVAL AKA: GRACE S. SLALI HAVE REPORTED THE CRIME CAUSED BY THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA MANY TIMES TO LAW ENFORCEMENT, ETC. THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA KIDNAPS ME, GRACE L. SANDOVAL TO TORTURE ME, GRACE L. SANDOVAL FOR THE REPORTS MADE TO LAW ENFORCEMENT, COURTS, ETC. BY MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI. THE GERMANS DEMAND HIS CHILDREN AND RELATIVES TO ALSO KIDNAP ME, GRACE L. SANDOVAL TO TORTURE ME, GRACE L. SANDOVAL IN VARIOUS COUNTIES IN CALIFORNIA FOR DRUG ADDICTS TO WITNESS THE CRIME. THE GERMANS PLANNED THE KIDNAP OF MY TWO DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE TO TORTURE THEM IN PUBLIC FOR MANY DRUG ADDICTS TO WITNESS THE CRIME. THE GERMAN THREATENED TO MURDER ME, GRACE L.

PAGE 10

SANDOVAL AND MY TWO DAUGHTERS PRISCELLA AND CORINA AKA:
CORIE FOR REPORT OF HIS. GERMAN CRIME HE, GERMAN CAUSED ME,
GRACE S. SLALI AKA: GRACE L. SANDOVAL TO MY HUMAN RIGHT
LUNG ON AUGUST 18, 1982 THAT WAS REPORTED TO LAW
ENFORCEMENT, COURTS IN SAN DIEGO, CALIFORNIA, ETC.
THE GERMAN FROM LEUCADIA, CALIFORNIA IS JOINED WITH
CARLOTA S. REYNA AND HER FAMILY IN POLYGAMY, WELFARE
FRAUD, STEALING MONEY, BURING THE HUMAN SKIN TO DEATH,
STEALING MONEY, FOOD, FURNITURE, GOLD, CLOTHES, SHOES, TOYS,
ETC. FROM MY MOTHER FEMONENA NUNGARAY DUTRA AKA:
SANDOVAL AND HER FIVE CHILDREN INCLUDING MYSELF, GRACE
LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI, LUPE GRACIELA
SANDOVAL AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI
AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:PECK,
CORIE. FELOMENA NUNGARAY DUTRA AKA: SANDOVAL
GRANDCHILDREN ARE ALL RAPED BY DRUG ADDICTS INVOLVED IN
DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES
FROM MEXICO TO THE UNITED STATES INCLUDING MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE. THE GERMAN
THAT LIVES IN OCEANSIDE, CALIFORNIA PLANNED TO CONTINUE
STEALING MONEY FROM FELOMENA DUTRA AND HER FIVE CHILDREN,
GRANDCHILDREN, ETC. TO PURCHASE REAL PROPERTY TO INVEST IN
THE EQUITY ON THE HOMES TO MAKE A LIVING ON THE EQUITY ON
HOMES IN CALIFORNIA. THE GERMAN THAT LIVES IN OCEANSIDE,
CALIFORNIA IS JOINED WITH THE ARAUJO FAMILIES THAT LIVE IN
BRAWLEY, CALIFORNIA IN SELLING ILLEGAL DRUGS FROM MEXICALI,
MEXICO TO THE PUBLIC IN BRAWLEY, CALIFORNIA AND TO DEMAND
ALL THE DRUG ADDICTS TO STEAL MY MONEY, CLOTHES, CARS, ETC.
FROM AMERICANS INCLUDING FELOMENA N. DUTRA AKA: SANDOVAL

PAGE 11

AND HER FIVE CHILDREN, GRANDCHILDREN, ETC. THE GERMAN THAT
LIVES IN OCEANSIDE, CALIFORNIA IS JOINED IN POLYGAMY, WELFARE
FRAUD, STEALING MONEY, FOOD, CLOTHES, SHOES, TOYS, GOLD, ETC.
WITH PRISCILLA SPENCER THAT LIVES ON WEST CARLTON PLACE,
SANTA ANA, CALIFORNIA. PRISCILLA SPENCER AND HER DAUGHTER
LISA SPENCER HAVE INVADED MY MOTHER FELOMENA N. DUTRA
AND HER ENIRE SIBLINGS THAT LIVE IN ORANGE COUNTY,
CALIFORNIA, LOS ANGELES COUNTY, CALIFORNIA, ETC. THAT ARE
RELATED TO THE STAR, ELVIS PRESLEY. ELVIS PRESLEY WAS MY
MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL COUSIN.
THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA PLANNED THE
INVASION BY THE INDIANS THAT LIVED IN RINCON INDIAN
RESERVATION, SAN DIEGO COUNTY, CALIFORNIA AND THE INDIANS
FROM YUMA, ARIZONA TO INVADE THE STAR, ELVIS PRESLEY IN
SANTA ANA, CALIFORNIA. THE STAR, ELVIS PRESLEY LIVED ON WEST
CARLTON PLACE, SANTA ANA, CALIFORNIA WITH HIS PARENTS AND
BROTHER JESSE PRESLEY. JOSEFINA NUNGARAY ESPINOZA LIVES AT
1718 WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. JOSEFINA
NUNGARAY ESPINOZA IS MY MOTHER FELOMENA NUNGARAY DUTRA
AKA: SANDOVAL OLDEST SISTER. ELVIS PRESLEY MOTHER WAS
GLADYS. GLADIS IS MY GRANDMOTHER SYLVESTRE NUNGARAY
SISTER. ELVIS PRESLEY WAS MARRIED TO ANN MARGARET. ANN
MARGARET WAS BARREN OR UNABLE TO REPRODUCE CHILDREN.
ELVIS PRESLEY AND HIS WIFE ANN MARGRET AND THEIR CHILDREN
LIVED IN LA MIRADA, CALIFORNIA. ELIVS PRESLEY WAS INVADED BY
THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA AND THE
IDIANS FROM RINCON INDIAN RESERVATION, SAN DIEGO COUNTY,
CALIFORNIA AND MANY OTHERS INCLUDING THE ORPHANS FROM
SANTA ANA, CALIFORNIA, O.J. SIMPSON THAT CAUSED ELVIS PRESLEY
DEATH IN LA MIRADA, CALIFORNIA ON AUGUST 16, 1977.

PAGE 12

THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J. SIMPSON CAUSED THE MURDER OF MY RELATIVES, JOSE NUNGARAY ESPINOZA AND REY NUNGARAY ESPINOZA THAT LIVED AT 1718 WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. O.J. SIMPSON IS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO AND ILLEGALS THAT LIVED NEAR THE ALL AMERICAN CANAL IN MEXICALI, MEXICO FOR MANY YEARS UNDER A TREE. O.J. SIMPSON CAUSED THE MURDER OF A BLACK MALE THAT LIVED ON FIFTH STREET, WESTMORLAND, CALIFORNIA. O.J. SIMPSON BEAT THE BLACK MALE NAMED SAMUEL AKA: SAMMY HUMAN FACE TO CAUSE HIM SAMMY HUMAN FACE MANY BRUISES AND LOOSEN THE LINNING ON THE HUMAN FACE, ETC. O.J. SIMPSON ALSO CAUSED INJURIES TO MY STEP FATHER FRANK DUTRA HUMAN FACE BY BEATING HIS, FRANK DUTRA HUMAN FACE BRUTALLY TO CAUSE BRUISES AND LOOSEN THE HUMAN LINNING ON HIS, FRANK DUTRA HUMAN FACE. FRANK DUTRA DID NOT DIE. SAMMY DID DIE. SAMUEL AKA: SAMMY WAS INJECTED WITH LIDOCAINE IN HIS HUMAN BRAIN AND BODY TO CAUSE HIS, SAMMY HUMAN FACE AND BODY TO SWELL AND THEN THE ORPHANS FROM SANTA ANA, CALIFORNIA TOOK LARGE AMOUNTS OF HUMAN BLOOD FROM SAMMY HUMAN BODY ON FIFTH STREET, WESTMORLAND, CALIFORNIA. O.J. SIMPSON WAS REPORTED TO LAW ENFORCEMENT FOR HIS MURDER TO THE BLACK MALE, SAMMY IN WESTMORLAND, CALIFORNIA THAT WAS INVOLVED WITH O.J. SIMPSON IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. MY STEP FATHER, FRANK DUTRA EMPLOYED THE SAMMY FOR MANY YEARS. SAMMY USED A TRUCK TO HELP LOAD HAY, GRASS, ETC. TO TRAILERS HAULED BY A TRUCK DRIVEN BY FRANK DUTRA. FRANK DUTRA WAS AWARE OF THE

PAGE 13

CHILDREN SAMMY HAD THAT WERE BORN OUT OF WEDLOCK AND LIVED IN WESTMORLAND, CALIFORNIA FROM VARIOUS MEXICAN WOMEN. O.J. SIMPSON DEMANDED ALL CHILDREN BORN OUT OF WEDLOCK FROM SAMMY TO MOVE TO LOS ANGELES, CALIFORNIA. THE MENDEZ FAMILY DECIDED TO MOVE TO ROGELIO PINA AKA; ROY AND HIS WIFE LUPE NUNGARAY PINA HOUSE AT 8546 TRUE AVENUE, PICO RIVERA, CALIFORNIA. ARTEMISA MENDEZ AND HER BROTHERS, SALVADOR MENDEZ AND ALEJANDRO MENDEZ MOVED TO 8546 TRUE AVENUE, PICO RIVERA, CALIFORNIA WITH MANUEL PINA. MANUEL PINA IS ROGELIO PINA BROTHER. BOTH SALVADOR MENDEZ AND ALEJANDRO MENDEZ DIED IN WHITTIER, CALIFORNIA. HECTOR MENDEZ, ROSIE MENDEZ, ANGIE MENDEZ LIVED IN WESTMORLAND, CALIFORNIA AND WERE DEMANDED TO MURDER ME, GRACE L. SANDOVAL , MY OLDEST SISTER NANCY SANDOVAL ROBLES AND BROTHER SERGIO SANDOVAL AT BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA. I, GRACE L. SANDOVAL WAS INJECTED WITH LIDOCAINE IN MY HUMAN ESOPHAGUS AND HUMAN CHEST TO CAUSE SUFFOCATION AND DEATH BY ALL THREE MENDEZ FAMILY AT BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA. I, GRACE L. SANDOVAL REQUIRED THE AMBULANCE AT BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA. MY SISTER NANCY AND BROTHER SREGIO ALSO REQUIRED THE AMBULANCE AT BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALFORNIA. NANCY AND SERGIO WERE ALSO INJECTED WITH LIDOCAINE IN THE HUMAN ESOPHAGUS, CHEST, ETC. TO CAUSE MURDER. O.J. SIMPSON INVADED ME, GRACE L. SANDOVAL TO HAVE ME RAPED SINCE I, GRACE LUPE SANDOVAL WAS THIRTEEN YEARS OLD AND ATTENDING SCHOOL IN WESTMORLAND, CALIFORNIA TO FORCE ME, GRACE LUPE SANDOVAL TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY EVERY YEAR.

PAGE 14

I, GRACE L. SANDOVAL CARRIED SEVEN CHILDREN BORN PREMATURE ILLEGALLY WHILE ATTENDING BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA. I, GRACE LUPE SANDOVAL WAS SEDATED WHILE DELIVERING THE PREMATURE CHILDREN IN MY PRIVATE HOME, ETC. THAT WERE KIDNAPPED BY O.J. SIMPSON AND OTHERS TO CARE FOR CHILDREN IN PRIVATE HOMES ILLEGALLY TO COLLECT WELFARE FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA.

O.J. SIMPSON IS JOINED WITH LUPE NUNGARAY PINA, IRMA RODRIGUEZ CLARK, MANUEL GARCIA, LUPE CHAVEZ SWAIN, PRISCILLA CASTILLO, SUSAN GOLDING AND MANY OTHERS IN THE KIDNAP, RAPE, HOSTAGE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE THAT HAVE BEEN FORCED TO CARRY MORE THAN FIFTEEN CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY EACH. BOTH MY DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE HAVE SUFFERED MANY INJURIES TO THEIR R HUMAN FACE AND BODY INCLUDING SEX ORGAN CAUSED BY THE RAPIST. BOTH MY DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE HUMAN EYE HAVE BEEN REMOVED CAUSED BY INJECTION OF LIDOCAINE THAT CAUSED THE BOTH MY DAUGHTERS PRISCELLA AND CORINA AKA: CORIE HUMAN EYE TO SWELL AND REMOVED. MANY TEENAGERS AND ADULTS ARE VICTIMS IN THE UNITED STATES OF HAVING THEIR HUMAN EYES REMOVED AND LEFT BLIND FROM DRUG ADDICTS BEING DEMANDED TO INJECT LIDOCAINE IN THE HUMAN EYES TO CAUSE HUMAN EYE TO SWELL AND REMOVED. THE DRUG ADDICTS ARE PROVIDED WITH ALL THE LIDOCAINE THEY WANT BY IRMA MENDIBLES THAT LIVES IN BRAWLEY, CALIFORNIA. IRMA MENDIBLES FORCES TEENAGERS TO USE ILLEGAL DRUGS FROM

PAGE 15

MEXICO IN BRAWLEY, CALIFORNIA. IRMA MENDIBLES PROVIDES
INFORMATION ON HOW TO INJECT LIDOCAINE IN THE HUMAN BRAIN
AND BODY INCLUDING ESOPHAGUS, ABDOMEN AKA: BALL, ETC. TO
DRUG ADDICTS. LIDOCAINE IN USED BY IRMA MENDIBLES TO
REMOVE BODY PARTS OF VICTIMS THAT FILE CASES IN COURTS IN
CALIFORNIA ON CRIMINALS. IRMA MENDIBLES DEMANDS VANDALISM
TO CARS TO ALL OF FELOMENA NUNGARAY DUTRA AKA: SANDOVAL
CHILDREN, GRANDCHILDREN, ETC. BY DRUG ADDICTS. THE VICTIMS
OF RAPE BY THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING
O.J. SIMPSON ARE DRILLED IN THE HUMAN FOREHEAD AND PICKED IN
THE HUMAN FOREHEAD TO DEMAND MONEY, FOOD, ETC.
O.J. SIMPSON LIVES ON WEST CARLTON PLACE, SANTA ANA,
CALIFORNIA. O.J. SIMPSON IS AN ORPHAN THAT WAS ABANDONED AND
FOUND DETERIORATED. O.J. SIMPSON WAS BORN PREMATURE WITH
MULTIPLE DISEASES INCLUDING CANCER IN HIS HUMAN BLOOD, AIDS,
ETC. O.J. SIMPSON DRILLED THE HUMAN FOREHEAD OF BOTH MY
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE.  BOTH MY
DAUGHTERS PRISCELLA AND CORINA AKA: CORIE ARE TORTURED
IN SAN DIEGO COUNTY, CALIFORNIA BY EX PRISONERS FROM LA MESA
PRISON, TIJUANA ,MEXICO, PRISCILLA CASTILLO, SUSAN GOLDING,
CINDY HEART, LUPE CONCHOLA AKA: LEVINE, TERESA KINNY AKA:
LEVINE, MIKE AGUIRRE AKA: LEVINE, MARTY LEVINE AKA: MARCOS,
CAROL LEBEAU AKA: LEVINE, LUIS CASILLAS-ROBLES, ETC.
INCLUDING DRUG ADDICTS THAT LIVE IN ESCONDIDO, CALIFORNIA,
BRAWLEY, CALIFORNIA, SAN MARCOS, CALIFORNIA, LEUCADIA,
CALIFORNIA, OCEANSIDE, CALIFORNIA, SANTA ANA, CALIFORNIA,
WHITTIER, CALIFORNIA, LA MIRADA, CALIFORNIA, ALHAMBRA,
CALIFORNIA, ETC.  JENNIFER DEBLASE, IRMA RODRIGUEZ CLARK,
MAGGIE CASTANO, LAURIE HARRISON AKA; LUZ, JAVIER S. REYNA,

PAGE 16

GABRIEL CASTANO, ELLIOTT KANTER, JOE S. REYNA, SANDRA
SALAZAR MURILLO, MANUEL MURILLO, POLIMINO MIRAMONTES,
JESSIE MIRAMONTES RUIZ, GREG RUIZ, LIZZY MIRAMONTES,
ELEANOR CONTRERAS SANCHEZ, MARIA CONTRERAS RAMIREZ, LIND
YBARRA FIERRO AND MANY OTHER DRUG ADDICTS ARE INVOLVED
WITH  THE THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING
O.J. SIMPSON IN OPERATING ELECTRIC DRILLERS TO DRILL THE
HUMAN BONES, HUMAN STERNUM BONE, HUMAN SPINE VERTEBRAE,
HUMAN HEART, HUMAN PELVIC, HUMAN BRAIN, HUMAN FOREHEAD OF
MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER
HUSBAND FRANK DUTRA THAT LIVE AT 296 WEST FIRST STREET,
WESTMORLAND, CALIFORNIA TO DEMAND MONEY, FOOD, ETC. FROM
BOTH INCLUDING MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI
AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,
CORIE. IRMA RODRIGUEZ CLARK AND HER FAMILY THAT LIVE AT 9884
VIEW COURT, ESCONDIDO, CALIFORNIA FORCE MY TWO DAUGHTERS
PRISCELLA AND CORINA AKA: CORIE TO USE ILLEGAL DRUGS FROM
MEXICO THAT ARE SOLD TO THE PUBLIC ILLEGALLY IN ESCONDIDO,
CALIFORNIA BY IRMA RODRIGUEZ CLARK THAT LIVES AT 510 LEHNER,
ESCONDIDO, CALIFORNIA. IRMA RODRIGUEZ CLARD HAS FORCED MY
TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE TO CARRY
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY
TO COLLECT WELFARE FRAUD FROM VARIOUS COUNTIES IN
CALIFORNIA WITH IRMA RODRIGUEZ CLARK, LUPE NUNGARAY PINA,
LINDA RODRIGUEZ RONCO, ETC. TO PAY FOR MORTGAGES ON HOMES
PURCHASED WITH STOLEN MONEY FROM ME, GRACE S. SLALI AND MY
FAMILY. IRMA RODRIGUEZ CLARK WAS BORN IN MEXICALI, MEXICO.
IRMA RODRIGUEZ CLARK DOES NOT HAVE THE LEGAL RIGHT TO LIVE
IN THE UNITED STATES. IRMA RODRIGUEZ CLARK DOES NOT HAVE AN

PAGE 17

EDUCATION IN THE UNITED STATES.  IRMA RODRIGUEZ CLARK

PARENTS, JOSE RODRIGUEZ AKA: PEPE AND HIS WIFE CHRISTINA

NUNGARAY RODRIGUEZ WERE BORN IN MEXICALI, MEXICO.  JOSE

RODRIGUEZ AND CHRISTINA NUNGARAY RODRIGUEZ DO NOT HAVE

THE LEGAL RIGHT TO LIVE IN THE UNITED STATES.  O.J. SIMPSON IS

JOINED WITH THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA

IN DRILLING HOLES IN THE HUMAN FOREHEAD OF ALL OF THE STAR,

ELVIS PRESELY RELATIVES THAT LIVE IN CALIFORNIA TO HAVE

THEM RAPED THEM BY DRUG ADDICTS AND TO FORCE THEM ALL TO

BE SURROGATE MOTHERS ILLEGALLY AND TO CARRY CHILDREN

BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY EVERY

YEAR AND EVERY GENERATION.  O.J. SIMPSON IS JOINED WITH

ORPHANS FROM SANTA ANA, CALIFORNIA THAT HAVE FALSE MEDICAL

DOCTORS DEGREES IN GYNECOLOGY FROM PHILIP RAND.  PHILIP

RAND IS MEDICAL DOCTOR FROM CHICAGO, ILLINOIS.  PHILIP RAND

IS A MEDICAL DOCTOR IN GYNECOLOGY IN SAN DIEGO, CALIFORNIA.

PHILIP RAND MARRIED THE STAR, MARLO THOMAS.  MARLO THOMAS

IS BARREN OR UNABLE TO REPRODUCE CHILDREN. MARLO THOMAS

WAS BORN IN MEXICO AND LIVED IN LA MESA PRISON, TIJUANA,

MEXICO FOR MANY YEARS.  MARLO THOMAS IS BARREN OR UNABLE

TO REPRODUCE CHILDREN.  MARLO THOMAS MARRIED PHIL

DONOHUE.  PHIL DONAHUE IS RELATED TO THE GERMAN THAT LIVES

IN OCEANSIDE, CALIFORINA.  MARLO THOMAS IS JOINED WITH MANY

ILLEGALS FROM MEXICO THAT LIVED IN LA MESA PRISON, TIJUANA,

MEXICO IN THE RAPE OF AMERICANS IN CALIFORNIA TO KIDNAP

THEIR CHILDREN BORN PREMATURE WITH THE DRUG PROVERA

ILLEGALLY THAT ARE SOLD TO THE PUBLIC ILLEGALLY FOR MONEY.

THE EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO ARE:

PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA

ESPINOZA, MARIA RODRIGUEZ, ROGELIO PINA AKA: ROY, MANUEL

PAGE 18

PINA, TERESA KINNY AKA: LEVINE, LUPE CONCHOLA AKA: LEVINE, MARTY LEVINE AKA: MARCOS, MICAHEL TUCK, MIKE AGUIRRE AKA: LEVINE, KATHY LEE AKA: LEVINE, LUIS CASILLAS-ROBLES, CAROL LEBEAU, ETC. MARLO THOMAS IS JOINED WITH KATHY LEE AKA: LEVINE IN HOLLYWOOD, CALIFORNIA IN THE RAPE OF MANY STARS IN HOLLYWOOD, CALIFORNIA THAT ARE RAPED BY ILLEGALS FROM MEXICO AND FORCED TO CARRY CHILDREN BORN PREMATURE WTH THE DRUG PROVERA THAT ARE KIDNAPED, SOLD TO THE PUBLIC FOR MONEY, ETC. THE VICTIMS OF RAPE ARE DEMANDED TO BE DRILLED IN THE HUMAN FOREHEAD, HUMAN BONES, HUMAN HEART, ETC. BY THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J. SIMPSON, PATRICK J. CLARK,CHARLES YAGODA, GARY BLAKE, DONNA MILLS, ALICE KRULL, ERNEST DEGUZMAN, ETC. THE ORPHANS FROM SANTA ANA, CALIFORNIA HAVE CANCER IN THER HUMAN BLOOD AND ARE ADDICTED TO ILLEGAL DRUGS FROM MEXICO INCLUDING HEROIN, COCAINE, ETC. THE ORPHANS FROM SANTA ANA, CALIFORNIA DRILL THE HUMAN FOREHEAD OF ALL VICTIMS OF RAPE THAT HAVE FILED SUPERIOR COURT CASES IN CALIFORNIA ON THE CRIMINALS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. FELOMENA NUNGARAY DUTRA AKA: SANDOVAL ENTIRE CHILDREN, GRANDCHILDREN HAVE BEEN DRILLED IN THE HUMAN FOREHEAD AND PICKED IN THE HUMAN FOREHEAD TO CAUSE EXTREME PAIN BY DRUG ADDICTS INVOLVED WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J. SIMPSON. O.J. SIMPSON DEMANDS FROM FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN, ETC. THEIR MONEY, FOOD, FURNITURE, CARS, CLOTHES, SHOES, GOLD, TOYS, ETC. O.J. SIMPSON DEMANDS MANY DRUG ADDICTS THAT LIVE IN IMPERIAL COUNTY, SAN DIEGO COUNTY, ORANGE COUNTY, LOS ANGELES COUNTY, ETC. TO FORCE

PAGE 19

INTO THE HOMES OF MY TWO DAUGHTERS PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:
PECK, CORIE TO FOLLOW THEM IN PUBLIC, TO ASSAULT, TO SHOOT,
TO FORCE INTO THEIR PLACE OF EMPLOYMENT, TO FORCE INTO
THEIR PRIVATE CARS, TO ATTACK MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE TO CAUSE THEM BOTH INJURIES. THE
INJURIES TO MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE
HAVE REQUIRED NUMEROUS SURGERIES IN THE HOSPITALS IN SAN
DIEGO COUNTY, CALIFORNIA. THE INJURIES TO MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE HUMAN FACE AND BODY
INCLUDING SEX ORGAN, HUMAN MOUTH, ETC. HAS CONTINUED BY
THE CRIMINAL POLIMINO MIRAMONTES, JAVIER S. REYNA, JOE S.
REYNA, BENJAMIN BARNHART, WILLIAM N. RODRIGUEZ, JOE CLARK,
GABRIEL CASTANO, GILBERT ARREDONDO, MICHAEL SLALI
ARREDONDO, RAUL DIAZ, DAVID DIAZ, JOE MIRANDA, REYES
QUESADA, EFRAIN QUESADA, MANUEL MURILLO, MANUEL GARCIA,
ROBERT GARCIA, RICARDO CASATANEDA, DONNY LAZAROTTO JR.,
ERNEST ESPITIA, MARIO MORENO, JOE MORENO, JOE MARTINEZ,
SERGIO SANDOVAL, JAMES SANDOVAL, DANNY SANDOVAL, VINCENT
SANDOVAL, STELLA CERVANTES SANDOVAL, CONNIE DIAZ SLALI
CERVANTES STOKELY AKA: CONI, AUDREY CERVANTES, SARA SLALI
BURNETTE, BLAINE BURNETTE, HECTOR MENDEZ, MARTHA ROBLES,
MARYLOU ROBLES, MIKE BUTLER, ARTHUR MARQUEZ, KATHRYN
JEAN YAVENDITTI AKA: KATE, PRISCILLA CASTILLO, SUSAN GOLDING,
JOE CRUZ, KATHY MEALER, JENNIFER DEBLASE, IMPOSTER OF J.F.K.
JR., FOR FILING CASES IN SUPERIOR COURTS IN SAN DIEGO COUNTY,
CALIFORNIA ON THE CRIMINALS THAT HAVE CAUSED BOTH MY

PAGE 20

DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND  CORINA SANDOVAL  SLALI AKA: PECK, CORIE MANY INJURIES TO
HER HUMAN FACE AND BODY INCLUDING SEX ORGAN, HUMAN MOUTH,
ETC.  THE  SAME CRIMINALS THAT HAVE CAUSED MY DAUGHTER
CORINA SANDOVAL SLALI AKA: PECK, CORIE MANY INJURIES TO HER,
CORINA SANDOVAL SLALI AKA: PECK, CORIE HUMAN FACE AND BODY
INCLUDING SEX ORGAN, HUMAN MOUTH, ETC. HAVE ALSO CAUSED MY
DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
THE SAME  INJURIES TO HER, PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO HUMAN FACE AND BODY INCLUDING SEX ORGAN,
HUMAN MOUTH. THE SAME CRIMINALS THAT HAVE CAUSED MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE ARE DEMANDED BY
DRUG ADDICTS INCLUDING EX PRISONERS FROM LA MESA PRISON,
PRISCILLA CASTILLO AND OTHERS TO ATTACK ME, GRACE LUPE
SANDOVAL AKA: GRACE SANDOVAL SLALI TO CAUSE ME, GRACE LUPE
SANDOVAL AKA; GRACE SANDOVAL SLALI THE SAME INJURIES TO MY
HUMAN FACE AND BODY INCLUDING SEX ORGAN AND HUMAN MOUTH
TO SPREAD THEIR MULTIPLE DISEASES.  I, GRACE S. SLALI AKA:
GRACE S. SLALI AM A VICTIM OF RAPE AND HAVE HAD MANY INJURIES
TO MY HUMAN FACE AND BODY INCLUDING SEX ORGAN AND HUMAN
MOUTH BY THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING
O.J. SIMPSON THAT  DRILLED MY HUMAN STERNUM BONE AT 3736 RAY
STREET, SAN DIEGO, CALIFORNIA NUMEROUS TIMES.  O.J. SIMPSON
BEAT MY HUMAN STERNUM BONE TO CAUSE MY HUMAN STERNUM
BONE TO BREAK.  O.J. SIMPSON WAS JOINED WITH PATRICK J. CLARK,
LEONARD FINK IN DRILLING MY HUMAN MOUTH ON THE TOP
(PALETE).  O.J. SIMPSON AND MANY DRUG ADDICTS HAVE ALSO
DRILLED MY HUMAN BONES. HUMAN HEART, DRILL MY HUMAN SPINE
VERTEBRAE, ETC. TO CAUSE ME, GRACE S. SLALI DISABILITY.

PAGE 21

LEONARD FINK, HECTOR MENDEZ, ROGELIO PINA AKA: ROY, HECTOR
MENDEZ, BENJAMIN BARNHART, KATHRYN JEAN YAVENDITTI AKA:
KATE, DONNA MILLS, ALICE KRULL, ERNEST DEGUZMAN  AND OTHERS
HAVE DRILLED ME, GRACE LUPE SANDOVAL AKA: GRACE S. SLALI
HUMAN HEART  TO CAUSE ME HEART PROBLEMS.  THE SAME PEOPLE
THAT HAVE DRILLED ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI
HAVE ALSO DRILLED THE HUMAN HEART OF MY TWO DAUGHTERS
PRISCELLA AND CORINA AKA: CORIE AND MANY OTHERS INCLUDING
MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER
HUSBAND FRANK DUTRA THAT ARE INVADED BY THE DRUG ADDICTS
IN WESTMORLAND, CALIFORNIA THAT HAVE STOLEN THOUSANDS OF
U.S. DOLLARS FROM THEIR CHECKING ACCOUNT AND OTHER BANK
ACCOUNTS TO DEMAND MONEY FROM THEM FOR BEING RETIRED.
MORPHINE IS INJECTED IN THE HUMAN BODY OF MANY VICTIMS OF
RAPE BY MANY WITH  FALSE REGISTERED NURSE DEGREES THAT LIVE
IN SAN DIEGO COUNTY, CALIFORNIA INCLUDING BY HANNAH MARRA
THAT IS DEMANDED TO INJECT VARIOUS SUBSTANCES IN THE HUMAN
BODY OF MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE
ILLEGALLY IN THEIR PRIVATE HOMES IN SAN DIEGO COUNTY,
CALIFORNIA.  MORPHINE CAUSES CONFUSION IN THE BRAIN
TEMPORARY.  MORPHINE IS USED TO KEEP MY TWO DAUGHTERS
PRISCELLA  AND CORINA AK: CORIE HOSTAGE IN SAN MARCOS,
CALIFORNIA AND  ESCONDIDO, CALIFORNIA.  O.J. SIMPSON PLANNED
WITH THE GERMAN THAT LIVES IN OCEANSIDE, CALIFORNIA AND HIS
RELATIVES INCLUDING MANY OTHER DRUG ADDICTS TO STEAL
MONEY  FROM ME, GRACE S. SLALI BANK OF AMERICA ACCOUNT TO
PURCHASE REAL PROPERTY, TRAILERS, CARS, EDUCATION, ETC.
PATRICK J. CLARK, O.J. SIMPSON, LEONARD FINK AND OTHERS TOOK
LARGE AMOUNTS OF HUMAN BLOOD FROM ME, GRACE S. SLALI AKA:
GRACE L. SANDOVAL AT 3736 RAY STREET, SAN DIEGO, CALIFORNA

PAGE 22

AFTER BEING RELEASED FROM THE INTENSIVE CARE UNIT, U.C.S.D. HOSPITAL, ARBOR, SAN DIEGO, CALIFORNIA WHERE I, GRACE S. SLALI HAD BEEN ADMITTED FOR TWENTY NINE DAYS FOR AN INJURY TO MY RIGHT LUNG THAT WAS PLANNED BY KATHRYN JEAN YAVENDITTI AKA: KATE ON EMERALD, EL CAJON, CALIFORNIA WITH LINDA YBARRA FIERRO AND MANY OTHERS.  KATHRYN JEAN YAVENDITTI AKA: KATE WAS DEMANDED TO FORCE INTO MY HOUSE AT 3736 RAY STREET, SAN DIEGO, CALIFORNIA OWNED BY JANE WHITLEY TO STEAL MONEY FROM ME, GRACE S. SLALI BANK OF AMERICA ACCOUNT TO PURCHASE REAL PROPERTY FOR HERSELF, KATHRYN JEAN YAVENDITTI AKA: KATE IN RINCON INDIAN RESERVATION, SAN DIEGO, CALIFORNIA AS JOE S. REYNA AND HIS FRIENDS THAT LIVED IN BRAWLEY, CALIFORINA PLANNED THAT ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES.  STEPHANIE SONTAG AKA: WINEHART, JOHNSON AND HER MALE FRIEND, MICAHEL WAGNER AKA: RICHARD JOHNSON PLANNED WITH MANY DRUG ADDICTS THAT LIVE IN BRAWLEY, CALIFORNIA TO STEAL MONEY FROM ME, GRACE S. SLALI BANK OF AMERICA ACCOUNT TO PURCHASE REAL PROPERTY, TRAILERS, CARS, EDUCATION, ETC. AS BOTH OF FELOMENA NUNGARAY DUTRA AKA: SANDOVAL SISTER, LUPE NUNGARAY PINA AND CHRISTINA NUNGARAY RODRIGUEZ  PLANNED TO STEAL MONEY FROM HER, FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN  TO PURCHASE REAL PROPERTY. FELOMENA NUNGARAY DUTRA AKA: SANDOVAL DID NOT AGREE TO STEAL MONEY FROM HER FIVE CHILDREN, GRANDCHILDREN, ETC. TO PURCHASE REAL PROPERTY, TRAILERS, CARS, EDUCATE, ETC. FOR DRUG ADDICTS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH JOE S. REYNA AND HIS FRIENDS FROM BRAWLEY, CALIFORNIA THAT ARE

PAGE 23

JOINED WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO IN THE RAPE OF AMERICANS IN THE UNITED STATES WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA, ORPHANS FROM SAN DIEGO, CALIFORNIA, ORPHANS FROM FALLUJAH, IRAQ, ORPHANS FROM NEW JERSEY, ETC. FELOMENA DUTRA IS INVADED BY MANY ILLEGALS FROM MEXICALI, MEXICO IN WESTMORLAND, CALIFORNIA THAT RAPE HER AND HER CHILDREN, GRANDCHILDREN, ETC. IN THE UNITED STATES. IRMA MENDIBLES AND HER FAMILY LIVED IN MEXICALI, MEXICO BEFORE MOVING TO BRAWLEY, CALIFORNIA. MANUEL MURILLO AND HIS FAMILYU LIVED IN MEXICALI, MEXICO BEFORE MOVING TO COACHELA, CALIFORNIA. REYES QUESADA IS A TWIN OF EFRAIN QUESADA. REYES QUESADA AND HIS FAMILY LIVED IN MEXICALI, MEXICO FOR MANY YEARS BEFORE MOVING TO BRAWLEY, CALIFORNIA. MANUEL GARCIA AND HIS FAMILY LIVED IN MEXICALI, MEXICO FOR MANY YEARS BEFORE MOVING TO WESTMORLAND, CALIFORNIA. RICARDO CASTANEDA LIVED IN MEXICALI, MEXICO WITH HIS FAMILY BEFORE MOVING TO BRAWLEY, CALIFORNIA. THE FAMILIES THAT LIVED IN MEXICALI, MEXICO WERE VERY POOR AND WERE HOMELESS. THE FAMILIES LIVED UNDER A TREE FOR MANY YEARS BEFORE MOVING TO VARIOUS COUNTIES IN CALIFORNIA TO INVADE THE UNITED STATES WITH POLYGAMY, WELFARE FRAUD, STEALING MONEY, STEALING CARS, STEALING CLOTHES, STEALING LEGAL DOCUMENTS, ETC. AND TO SELL ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC IN THE UNITED STATES ILLEGALLY. FERNANDO RUBALCABA FAMILY LIVED IN MEXICALI, MEXICO INCLUDING YOLANDA RUBALCABA. YOLANDA RUBALCABA IS USING HER AUNT YOLANDA RUBALCABA LEGAL NAME TO LIVE IN THE UNITED STATES. YOLANDA RUBALCABA LIVES IN BRAWLEY, CALIFORNIA. YOLANDA RUBALCABA IS JOINED WITH IRMA MENDIBLES IN LIVING ILLEGALLY IN THE UNITED STATES. YOLANDA

PAGE 24

RUBALCABA AND IRMA MENDIBLES, MANUEL GARCIA, RICARDO
CASTANEDA, LUIS CONCHOLLA, TERESA KINNY AKA: LEVINE, LUPE
CONCHOLA AKA: LEVINE AND MANY OTHER HAVE FALSE LAW
ENFORCEMENT DEGREES FROM IMPERIAL VALLEY COLLEGE,
IMPERIAL, CALIFORNIA. YOLANDA RUBALCABA AND IRMA
MENDIBLES HAVE INVADED MY MOTHER FELOMENA DUTRA AND HER
FIVE CHILDREN, GRANDCHILDREN, ETC. TO FORCE THEM TO BE
SURROGATE MOTHERS ILLEGALLY AND ALSO TO FORCE THEM TO
CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY EVERY YEAR AND EVERY GENERATION TO COLLECT
WELFARE FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA FROM
IRMA RODRIGUEZ CALRK, LUPE NUNGARAY PINA, LINDA RODRIGUEZ
RONCO, ETC. TO PAY FOR MORTGAGES ON HOMES THAT WERE
PURCHASED WITH MONEY STOLEN FROM ME, GRACE S. SLALI BANK
OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS. IRMA
MENDIBLES DEMANDS TEENAGERS TO USE ILLEGAL DRUGS FROM
MEXICO. IRMA MENDIBLES INJECTS LIDOCAINE IN THE HUMAN
FINGERS, HANDS, LEGS, BREAST, EYES, SPINE, ETC. TO CAUSE
REMOVAL OF MANY VICTIMS OF RAPE THAT HAVE FILED CASES IN
SUPERIOR COURTS. IRMA MENDIBLES PLANNED THE INJECTION OF
LIDOCAINE IN MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AT BRAWLEY UNION HIGH SCHOOL, BRAWLEY,
CALIFORNIA BY HANNAH MARRA AND PHILIP VALDEZ THAT LIVED IN
LA MESA PRISON, TIJUANA, MEXICO. MY DAUGHTER PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO WAS ENROLLED AT
BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA. HANNAH
MARRA AND PHILIP VALDEZ WERE NOT ENROLLED AT BRAWLEY
UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA. HANNAH MARRA AND
PHILIP VALDEZ FORCED INTO BRAWLEY UNION HIGH SCHOOL,
BRAWLEY, CALIFORNIA TO INJECT MY DAUGHTER PRISCELLA

PAGE 25

SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN EYE TO CAUSE HER, PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN EYE TO SWELL AND REQUIRE REMOVAL OF HUMAN EYE.

IRMA MEDIBLES IS JOINED WITH CONNIE DIAZ SLALI CERVANTES STOKELY AKA: CONI IN SELLING ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC IN BRAWLEY, CALIFORNIA.  CONNIE DIAZ SLALI CERVANTES STOKELY AKA: CONI KIDNAPED MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO TO DEMAND PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO  HUMAN EYE TO BE INJECTED BY HANNAH MARRA AND PHILIP VALDEZ AT BRAWLEY UNION HIGH SCHOOL, BRAWLEY,CALIFORNIA THAT REQUIRED PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN EYE TO BE REMOVED.  IRMA MENDIBLES PLANNED WITH CONNIE DIAZ SLALI CERVANTES STOKELY AKA: CONI TO HAVE MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO RAPED  BY MANY MALES IN BRAWLEY, CALIFORNIA, WESTMORLAND, CALIFORNIA, SAN DIEGO COUNTY, CALIFORNIA, ETC. AND TO FORCE MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA EVERY YEAR UNTIL NOW ILLEGALLY.  MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HAS MANY INJURIES TO HER HUMAN FACE AND BODY INCLUDING SEX ORGAN, HUMAN MOUTH, HUMAN BONES, HUMAN STERNUM BONE, HUMAN HEART, ETC. AS DEMANDED BY THE DRUG ADDICTS INVOLVED IN SELLING ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC IN BRAWLEY, CALIFORNIA AND MANY OTHER COUNTIES IN CALIFORNIA WHERE DRUG ADDICTS ARE JOINED IN CRIME OF MANY AMERICANS FOR WELFARE FRAUD.

I, GRACE L. SANDOVAL SLALI AKA: GRACE S. SLALI AM A VICTIM OF RAPE. I, GRACE L. SANDOVAL AKA: GRACE S. SLALI HAVE BEEN FORCED TO BE SURROGATE MOTHER ILLEGALLY  AND ALSO FORCED

PAGE 26

TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY. THE ILLEGALS FROM MEXICO THAT ARE INVOLVED IN
DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES
FROM MEXICO TO THE UNITED STATES ARE DEMANDED TO RAPE
AMERICANS IN THE UNITED STATES FOR WELFARE FRAUD.
MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE HUMAN
EYE WAS ALSO INJECTED WITH LIDOCAINE BY HANNAH MARRA AND
LAURIE HARRISON AKA: LUZ AT 857 ORLA, SAN MARCOS,
CALIFORNIATO CAUSE HER, CORINA SANDOVAL SLALI AKA: PECK,
CORIE HUMAN EYE TO SWELL AND REQUIRE REMOVAL OF HUMAN
EYE. HANNAH MARRA IS JOINED WITH MANY EX PRISONERS FROM LA
MESA PRISON, TIJUANA, MEXICO INCLUDING ILLEGALS FROM MEXICO
IN THE HOSTAGE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:
PECK, CORIE IN ESCONDIDO, CALIFORNIA. HANNAH MARRA IS
DEMANDED TO VANDALIZE MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE AND MYSELF, GRACE LUPE SANDOVAL AKA:
GRACE S. SLALI CARS IN THE UNITED STATES BY LEONARD FINK,
PRISCILLA CASTILLO, SUSAN GOLDING, BAP RUSSO AKA: BAPSI SLALI,
IRMA RODRIGUEZ CLARK, JENNIFER DEBLASE, JOE REYNA, JAVIER S.
REYNA, MANUEL GARCIA, LUPE CHAVEZ SWAIN, NANCY S. ROBLES,
HENRY G. ROBLES, CINDY HEART, TERESA KINNY AKA: LEVINE AND
MANY OTHERS INVOLVED IN VANDALIZING CARS IN THE UNITED
STATES WITH THE ORPHANS FROM FALLUJAH, IRAQ INCLUDING
LORNA ALKNFE AKA: ALKSNE. MY TWO DAUGHTER PRISCELLA AND
CORINA AKA: CORIE CARS INCLUDING MY CAR HAVE BEEN
VANDALIZED BY LEONARD FINK . HANNAH MARRA IS DEMANDED
BY PRISCILLA CASTILLO TO INJECT CIGARETTE LIGHTER FLUID IN
THE HUMAN SKIN OF MY TWO DAUGHTERS PRISCELLA AND CORINA

PAGE 27

AKA: CORIE AND MYSELF, GRACE LUPE SANDOVAL AKA: GRACE
SANDOVAL SLALI AND TO IGNITE OUR HUMAN SKIN ON FIRE TO BURN.
HANNAH MARRA IS DEMANDED BY PRISCILLA CASTILLO TO COAT
WITH CIGARETTE LIGHTER FLUID ALL OF MY FURNITURE, CARS,
CLOTHES, SHOES, ETC. AND ALSO MY TWO DAUGHTERS PRISCELLA
AND CORINA AKA: CORIE FURNITURE AND CARS, CLOTHES, SHOES,
ETC. AND TO IGNITE ON FIRE TO BURN. PRISCILLA CASTILLO HAS
KIDNAPPED, RAPED, TAKEN HOSTAGE, MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE TO DEMAND MY TWO
DAUGHTERS PRISCELLA AND CORINA AKA: CORIE TO MARRY
PARTICULAR MALES TO STEAL ALL OF MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE MONEY, FOOD, CARS,FURNITURE,
APPLIANCES, CLOTHES, SHOES, GOLD, TOYS, ETC. BY CAUSING MY
TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE MANY
INJURIES TO THEIR HUMAN FACE AND BODY INCLUDING SEX ORGAN
AND HUMAN MOUTH AND ALSO TO FORCE MY TWO DAUGHTERS
PRISCELLA AND CORINA AKA: CORIE TO CARRY CHILDREN BORN
PREMATURE WITH THE DRUG PROVERA ILLEGALLY FROM CRIMINALS
THAT HAVE BEEN TO PRISON FOR MANY YEARS AND INVOLVED IN
MURDER WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA.
PRISCILLA CASTILLO HAS KDINAPPED ALL CHILDREN BORN
PREMATURE FROM MY TWO DAUGHTERS PRISCELLA AND CORINA
AKA: CORIE AND HAS PLANNED CARE OF PREMATURE CHILDREN IN
PRIVATE HOMES ILLEGALLY. PRISCILLA CASTILLO HAS SOLD
CHILDREN BORN PREMATURE ILLEGALLY WITH THE DRUG PROVERA
FROM MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE TO
THE PUBLIC FOR MONEY. PRISCILLA CASTILLO VIEWS WITH A

PAGE 28

CAMERA TO DEMAND CRIMINALS TO CAUSE INJURIES TO MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE TWENTY FOUR HOURS A DAY, SEVEN DAYS A WEEK. THE CRIMINALS THAT CAUSE MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE INJURIES ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH THE ORPHAN FROM SANTA ANA, CALIFORNIA O.J. SIMPSON AND MANY OTHER OPHANS THAT HAVE MULTIPLE DISEASES INCLUDING CANCER IN THEIR HUMAN BLOOD THAT TAKE LARGEAMOUNTS OF HUMAN BLOOD FROM MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE AND MYSELF, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI. PRISCILLA CASTILLO DEMANDS POLIMINO MIRAMONTES AKA: POLI TO CAUSE MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE MANY INJURIES TO THEIR HUMAN FACE AND BODY INCLUDING SEX ORGAN, HUMAN MOUTH, ETC. POLIMINO MIRAMONTES AKA:POLI IS INVOLVED IN THE MURDER OF MANY AMERICANS IN THE UNITED STATES WITH THE ORHPANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J. SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE, ETC. AND THE ORPHANS FROM MEXICO, ORPHANS FROM FALLUJAH, IRAQ, ORPHANS FROM SAN DIEGO, CALIFORNIA, ORPHANS FROM NEW JERSEY, THE INDIANS, ORPHANS FROM YUMA, ARIZONA,GERMAN FAMILIES THAT LIVE IN SAN DIEGO COUNTY, CALIFORNIA, ETC. I, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI DO NOT AGREE TO CONTINUE THE INJURIES TO THE HUMAN FACE AND BODY INCLUDING SEX ORGAN, HUMAN MOUTH, ETC. CAUSED BY THE CRIMINALS TO BOTH MY DAUGHTERS PRISCELLA AND CORINA AKA: CORIE. I, GRACE L. SANDOVAL HAVE FILED MANY CASES

PAGE 29

IN SUPERIOR COURTS IN SAN DIEGO, CALIFORNIA ON THE CRIMINALS
THAT HAVE CAUSED MY TWO DAUGHTERS PRISCELLA AND CORINA
AKA: CORIE MANY INJURIES TO THEIR HUMAN FACE AND BODY
INCLUDING SEX ORGAN, HUMAN MOUTH, ETC. I, GRACE L. SANDOVAL
DO NOT AGREE FOR THE CRIMINALS THAT HAVE BEEN ARRESTED FOR
THE INJURIES CAUSED TO MY TWO DAUGHTERS PRISCELLA AND
CORINA AKA: CORIE TO FOLLOW ME, GRACE LUPE SANDOVAL AKA:
GRACE SANDOVAL SLALI TO DO THE SAME CRIME OF INJURIES TO THE
HUMAN FACE AND BODY INCLUDING SEX ORGAN, HUMAN MOUTH,
ETC. AS DEMANDED BY THE EX PRISONERS FROM LA MESA PRISON,
TIJUANA,MEXICO, PRISCILLA CASTILLO, SUSAN GOLDING, TERESA
KINNY AKA: LEVINE, CINDY HEART, MARIA ESPINOZA, LUPE
CONCHOLA AKA: LEVINE, ETC. THAT HAVE STOLEN THOUSANDS OF
U.S. DOLLARS FROM ME, GRACE S. SLALI BANK OF AMERICA ACCOUNT
AND OTHER BANK ACCOUNT TO PURCHASE REAL PROPERTY. I, GRACE
L. SANDOVAL AKA: GRACE S. SLALI DO NOT AGREE TO ALLOW
ANYONE TO CONTINUE STEALING MONEY FROM ME, GRACE L.
SANDOVAL BANK ACCOUNT TO PURCHASE REAL PROPERTY,
TRAILERS, CARS, EDUCATION, ETC. I, GRACE L. SANDOVAL AND MY
TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE PLAN TO USE
THE COURTS TO ARREST ALL CRIMINALS THAT CAUSE ME, GRACE L.
SANDOVAL AND MY TWO DAUGHTERS PRISCELLA AND CORINA AKA:
CORIE INJURIES, IMMEDIATELY. I, GRACE L. SANDOVAL HAVE
CONSERVATEE ON BOTH MY DAUGHTERS PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:
PECK, CORIE. I, GRACE LUPE SANDOVAL PLAN TO STAY HOME TO
CARE FOR MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE
AND THEIR CHILDREN NOW. I, GRACE L. SANDOVAL PLAN TO
PROVIDE MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE
WITH ALL THE REHABILITATION, NURSING, ETC. TO PROMOTE THEIR

**PAGE 30**

HEALTH NOW. I, GRACE L. SANDOVAL NEED THE COUNTY OF SAN DIEGO, CALIFORNIA TO PROVIDE ME, GRACE L. SANDOVAL AND MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE WITH A HOUSE TO RENT IN SAN DIEGO COUNTY, CALIFORNIA TO PROVIDE THE HEALTH THAT MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE REQUIRE NOW. I, GRACE L. SANDOVAL PLAN TO PAY FOR ALL FILING FEES IN SUPERIOR COURTS AND OTHER COURTS IN SAN DIEGO, CALIFORNIA AS SOON AS I, GRACE LUPE SANDOVAL AKA: GRACE S. SLALI AM PROVIDED WITH MONEY FROM THE DISTRICT ATTORNEY. I, GRACE LUPE SANDOVAL DO NOT AGREE FOR MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL DOVISIT, TALK, TO MY TWO DAUGHTERS PRISCELLA AND CORINA AKA:CORIE. FELOMENA NUNGARAY DUTRA AKA: SANDOVAL IS INVOLVED IN CRIME WITH MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO AND ILLEGALS FROM MEXICO AND OTHERS THAT DEMAND TO DO CRIME TO MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE FOR FILING CASES IN COURTS AND REPORTS MADE TO LAW ENFORCEMENT, ETC. I, GRACE L. SANDOVAL DEMAND THAT MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKOA AND CORINA SANDOVAL SLALI AKA: PECK, CORIE BE PROTECTED FROM ALL CRIMINALS INCLUDING LEONARD FINK THAT FOLLOWS MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE AND MYSELF, GRACE LUPE SANDOVAL SLALI AKA: GRACE S. SLALI TO DRILL ME AND MY FAMILY HUMAN HEART TO CAUSE MURDER. LEONARD FINK HAS STOLEN MONEY FROM ME, GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS AND HAS A LIEN ON HIS PROPERTY FROM ME, GRACE S. SLALI AKA: GRACE L. SANDOVAL. LEONARD FINK IS OPERATING DIALYSIS MACHINES ILLEGALLY IN PRIVATE HOMES TO TAKE LARGE AMOUNTS OF HUMAN BLOOD FROM THE PUBLIC INCLUDING FROM ALL OF THE STAR, ELVIS PRESLEY

PAGE 31

RELATIVES THAT LIVE IN CALIFORNIA. LEONARD FINK HAS OPERATED DIALYSIS MACHINES IN PRIVATE HOMES TO TAKE LARGE AMOUNTS OF HUMAN BLOOD FROM MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE AND MYSELF, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI, LUPE GRACIELA SANDOVAL. LEONARD FINK FOLLOWS ALL OF THE STAR, ELVIS PRESLEY RELATIVES TO TAKE LARGE AMOUNTS OF HUMAN BLOOD FROM THEIR HUMAN BODY BY OPERATING DIALYSIS MACHINES IN PRIVATE HOMES ILLEGALLY AND TO STEAL MONEY, FOOD, CLOTHES, SHOES, CARS, ETC. AND TO SPREAD MULTIPLE DISEASES TO THE STAR, ELVIS PRESLEY RELATIVES, TO DRILL HOLES IN THE HUMAN BODY OF ALL OF THE STAR, ELVIS PRESLEY RELATIVES, TO INJECT WITH LIDOCAINE THE HUMAN BRAIN AND BODY INCLUDING THE HUMAN EYE, BREAST OF ALL OF THE STAR, ELVIS PRESLEY RELATIVES TO CAUSE REMOVAL OF BODY PARTS AND REMOVAL OF HUMAN EYE, BREAST, ETC. INCLUDING FROM MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI AND JESSE DIAZ SLALI BEFORE HE EXPIRED ON SEPTEMBER 6, 2007. LEONARD FINK IS JOINED WITH PRISCILLA CASTILLO IN VIEWING WITH A CAMERA THAT ARE HEARD BY AIR TWENTY FOUR HOURS A DAY, SEVEN DAYS A WEEK IN THREATENING TO MURDER MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE LUPE SANDOVAL SLALI AKA: GRACE S. SLALI. O.J. SIMPSON AND PATRICK J. CLARK ARE ALSO VIEWING AND HEARD BY AIR TWENTY FOUR HOURS A DAY/SEVEN DAYS A WEEK DEMANDING TO MURDER MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI.

PAGE 32

I, GRACE LUPE SANDOVAL AM EXTREMELY ANGRY AT THE CRIMINALS
THREATENING TO MURDER MY TWO DAUGHTERS PRISCELLA AND
CORINA AKA: CORIE AND MYSELF, GRACE LUPE SANDOVAL AKA:
GRACE SANDOVAL SLALI IN SAN DIEGO COUNTY, CALIFORNIA. THE
CRIMINALS ARE DEMANDING MY TWO DAUGHTERS PRISCELLA AND
CORINA AKA: CORIE AND MYSELF, GRACE LUPE SANDOVAL CARS. I,
GRACE LUPE SANDOVAL DO NOT AGREE TO SIGN MY OWNERS SLIP
FROM MY CAR TO ANYONE. THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA, MEXICO HAVE USED MANY HARMFUL SUBSTANCES
TO STEAL MY CARS FROM ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO
ASSAULT ME, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI
AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE
INCLUDING THEIR FATHER, JESSE DIAZ SLALI, WITH A HANDGUN TO
DEMAND TO SIGN THE OWNERS SLIP ON THE CARS FOR NO NO IN
EXCHANGE FOR STEALING THE CARS ILLEGALLY THAT HAS BEEN
REPORTED IMMEDIATELY TO SAN DIEGO POLICE DEPARTMENT, SAN
DIEGO, CALIFORNIA. THE EX PRISONERS FROM LA MESA PRISON,
TIJUANA, MEXICO HAVE STOLEN MY MONEY,FOOD, BANK CHECKS,
FURNITURE, APPLIANCES, CLOTHES, SHOES, GOLD,TOYS, ETC. FROM
ME, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI IN SAN
DIEGO COUNTY, CALIFORNIA. I, GRACE LUPE SANDOVAL DEMAND
THAT ALL LEGAL DOCUMENTS STOLEN BY THE EX PRISONERS FROM
LA MESA PRISON, TIJUANA, MEXICO BE RETURNED IMMEDIATELY. I ,
GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI AM INVADED
BY MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO IN
SAN DIEGO COUNTY, CALIFORNIA THAT HAVE STOLEN EVERYTHING
THAT I, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI OWN

PAGE 33

BY VIEWING WITH A CAMERA TWENTY FOUR HOURS A DAY, SEVEN
DAYS A WEEK AND DEMANDING CRIMINALS TO FOLLOW ME, GRACE
LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI AND MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE INCLUDING THEIR
FATHER JESSE DIAZ SLALI BEFORE HE EXPIRED ON SEPTEMBER 6, 2007
AND TO INJECT ME, GRACE LUPE SANDOVAL AND MY FAMILY WITH
HARMFUL SUBSTANCES INCLUDING SEDATION TO STEAL FROM ME,
GRACE LUPE SANDOVAL AND MY FAMILY. I, GRACE LUPE SANDOVAL
AKA: GRACE SANDOVAL SLALI DO NOT HAVE ANY CONTACT OR
COMMUNICATION WITH ANY ILLEGALS FROM MEXICO OR ANY DRUG
ADDICTS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. I,
GRACE LUPE SANDOVAL AM DEMANDING MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE RIGHT NOW. I, GRACE LUPE
SANDOVAL DO NOT WANT MY TWO DAUGHTERS PRISCELLA AND
CORINA AKA:CORIE TO HAVE ANY MORE INJURIES OR TO RISK THEIR
LIVES WITH THE ENEMIES THAT ARE INVOLVED IN MURDER. I, GRACE
LUPE SANDOVAL PLAN TO PROVIDE A SAFE AND HEALTHY HOME FOR
BOTH MY DAUGHTERS PRISCELLA AND CORINA AKA: CORIE TO HEAL
FROM ALL THEIR INJURIES NOW. I, GRACE LUPE SANDOVAL DO NOT
PLAN TO STOP REPORTING THE INJURIES CAUSED TO MY TWO
DAUGHTERS PRISCELLA AND CORINA AKA: CORIE TO THE COURTS
INCLUDING THE SUPREME COURT, LOS ANGELES, CALIFORNIA ON
KATHRYN JEAN YAVENDITTI AKA: KATE, FILE NO. S108367 FROM ME,
GRACE L. SANDOVAL. KATHRYN JEAN YAVENDITTI AKA: KATE HAS
CAUSED MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE
MANY INJURIES AND ALSO TO THEIR FATHER JESSE DIAZ SLALI
BEFORE HE EXPIRED ON SEPTEMBER 6, 2007 AND MYSELF, GRACE LUPE

PAGE 34

SANDOVAL AKA: GRACE SANDOVAL SLALI. I, GRACE LUPE SANDOVAL
DO NOT WANT MY TWO DAUGHTERS PRISCELLA AND CORINA AKA:
CORIE INJURIES ON THEIR HUMAN FACE AND BODY INCLUDING THEIR
SEX ORGAN, HUMAN MOUTH TO HAVE ANY MORE INJURIES AS CAUSED
BY THE DRUG ADDICTS THAT FORCE INTO THEIR PRIATE HOMES TO
CAUSE MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE
MORE INJURIES TO THEIR HUMAN FACE AND BODY INCLUDING SEX
ORGAN AND HUMAN MOUTH. I, GRACE LUPE SANDOVAL PLAN TO
HAVE ALL THE CRIMINALS INVOLVED IN SPREADING DIASESES TO THE
HUMAN MOUTH ARRESTED IMMEDIATELY FOR THEIR CRIME. IRMA
MENDIBLES IS FORCING THE PUBLIC INTO THE SEWER IN
WESTMORLAND, CALIFORNIA OF ALL THE VICTIMS OF RAPE AND
THEIR FAMILIES THAT HAVE FILED CASES IN COURTS ON THE
CRIMINALS FROM MEXICO THAT LIVE ILLEGALLY IN THE UNITED
STATES AND ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS
AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES.
I, GRACE L. SANDOVAL DO NOT AGREE WITH THE ORPHANS FROM
SANTA ANA, CALIFORNIA IN SELLING ARTIFICIAL PIECES TO THE
HUMAN FACE TO MY TWO DAUGHTERS PRISCELLA AND CORINA AKA:
CORIE TO COVER UP ALL THE INJURIES TO MY TWO DAUGHTERS
PRISCELLA AND CORINA AKA: CORIE HUMAN FACE. PATRICK J.
CLARK HAS PLANNED TO REMOVE THE HUMAN BREAST OF MY TWO
DAUGHTERS PRISCELLA AND CORINA AKA: CORIE BY HANNAH MARRA
INJECTING MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE
HUMAN BREAST WITH LIDOCAINE TO CAUSE THE HUMAN BREAST
DUCKS TO BREAK OPEN AND FLUID DRIP OUT THAT IS EXTREMELY
PAINFUL AND REQUIRES THE REMOVAL OF THE HUMAN BREAST
REMOVED. HANNAH MARRA IS INVOLVED IN USING ILLEGAL DRUGS
FROM MEXICO WITH MANY OTHERS FROM MEXICALI, MEXICO THAT
LIVED IN LA MESA PRISON, TIJUANA, MEXICO FOR MANY YEARS AND

PAGE 35

ARE BARREN OR UNABLE TO REPRODUCE CHILDREN.  MY TWO
DAUGHTERS PRISCELLA AND CORINA AKA: CORIE DO NOT WANT ANY
CONTACT OR COMMUNICATION WITH ILLEGALS FROM MEXICO
INCLUDING EX CONVICTED, ORPHANS THAT HAVE MULTIPLE
DISEASES INCLUDING CANCER IN THEIR HUMAN BLOOD, DRUG
ADDICTS, ETC.  I, GRACE LUPE SANDOVAL DEMAND THAT ALL
CRIMINALS HAVE RESTRAINING ORDERS FROM ME, GRACE LUPE
SANDOVAL AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI
AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,
CORIE.


BY: _Grace L. Sandoval_    DATE: _September 4, 2008_

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
*GRACE L. SANDOVAL*

**(b)** County of Residence of First Listed Plaintiff *SAN DIEGO*
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*GRACE L. SANDOVAL*
*P.O. BOX 712793 SAN DIEGO CA*

## DEFENDANTS
*COUNTY OF SAN DIEGO*

FILED
08 SEP -4 PM 2:52

County of Residence of First Listed Defendant *SAN DIEGO*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

BY: 

Attorneys (If Known)

**08 CV 1623 BEN JMA**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☒ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*18 U.S.C. 1962 (a) (b) (c) and/or (d)*
Brief description of cause:
*KIDNAPED DAUGHTER'S PRISCELLA AND CARINA AKA: CORIE*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE *9-4-08*
SIGNATURE OF ATTORNEY OF RECORD *Grace L. Sandoval*

### FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

