GRACE L. SANDOVAL
P O BOX 712793
SAN DIEGO CA 92171

FILED

08 SEP -4 PM 2:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL

Plaintiff,

vs.

COUNTY OF SAN DIEGO

Defendant.

CASE NO. 08 CV 1623 BEN JMA

## RICO CASE STATEMENT

1. State whether the alleged unlawful conduct is in violation of 18 U.S.C. 1962(a), (b), (c), and/or (d).  YES

2. List the defendants and state the alleged misconduct and basis of liability of each defendant.  FATIMA SLALI ARREDONDO, IRMA R. CLARK, FILOMENA N. DUTRA, KIDNAPED MY DAUGHTERS

3. List alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer.  CORINA FORCED ILLEGAL DRUGS, RAPED AND PRISCELLA BY HEROIN ADDICTS, CAUSED EYE

4. List the alleged victims and state how each victim was allegedly injured.  EYE REMOVED FIFTEEN CHILDREN REMOVAL

5. Describe in detail the pattern of racketeering activities or collection of unlawful debts alleged for each RICO claim. The description of the pattern of racketeering shall include the following information:  BORN PROVERA (DRUG) DELIVER CHILD EA. YEAR. PREMATURE RUNNING OVER DAUGHTERS PRISCELLA AND CORINA AKA: CORIE, STEALING CLOTHES ETC.

  a. List the alleged predicate acts and the specific statutes that were allegedly violated; TAKING HUMAN BLOOD ILLEGALLY TAKING FLUID FROM BRAIN & BODY, LIVER, ETC.

::ODMA\PCDOCS\WORDPERFECT\10417\1 May 5, 1999 (7:44am)  - 1 -

1 | the enterprise, if at all.
2 |     9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of
3 | racketeering. *NO FOOD, NO VITAMINS, NO HEALTH INS, COVERAGE,*
4 |     10. Describe the effect of the activities of the enterprise on interstate or foreign commerce.
5 |     11. If the complaint alleges a violation of 18 U.S.C. 1962(a), provide the following: (a) state *KIDNAP, RAPE, HOSTAGE*
6 | who received the income derived from the pattern of racketeering activity or through the collection of *IRMA R. CLARK, LUPE N. PINA, WELFARE*
7 | unlawful debt; and (b) describe the use or investment of such income. *FRAUD, ETC. REAL PROPERTY TRAILERS, CARS, ET*
8 |     12. If the complaint alleges a violation of 18 U.S.C. 1962(b), describe in detail the acquisition *KIDNAP, RAPE, HOSTAGE, INJURIES*
9 | of maintenance of any interest in or control of the alleged enterprise. *TO FACE & BODY, MOUTH, SEX ORGAN, ETC.*
10 |     13. If the complaint alleges a violation of 18 U.S.C. 1962(c), provide the following: (a) state *LAURIE HARRISON, JOE CRUZ,*
11 | who is employed by or associated with the alleged enterprise, and (b) state whether the same entity is *MANUEL GARCIA, ERNESTO NUNGARAY,*
12 | both the liable "person" and the "enterprise" under 18 U.S.C. 1962(c). *BENJAMIN BARNHART, JEFFREY, ETC.*
13 |     14. If the complaint alleges a violation of 18 U.S.C. 1962(d), describe in detail the facts *KATHRYN V. YAVENDITTI AKA: KATE, LEONARD*
14 | showing the existence of the alleged conspiracy. *FINK, BAP RUSSO AKA: BAPSI SLALI, PRISCILLA*
15 |     15. Describe the alleged injury to business or property. *CASTILLO, SUSAN GOLDING, ETC. SCHOOL*
16 |     16. Describe the direct/casual relationship between the alleged injury and the violation of the
17 | RICO statute. *HOSTAGE, RAPE, KIDNAPED, INJURY, FORCED TO CARRY PREMATURE EACH YEAR, ETC.*
18 |     17. List the damages sustained by reason of the violation of 18 U.S.C. 1962, indicating the *15 ea.*
19 | amount for which each defendant is allegedly liable. *FIFTEEN CHILDREN BORN PREMATURE EACH YEAR FROM EACH DAUGHTER,*
20 |     18. List all other federal causes of action, if any, and provide the relevant statute numbers. *REMOVAL, BREAST, EYE, NOSE, EAR, TOP LIP,*
21 |     19. List all pendent state claims, if any. *PRISON TERM FOR EACH VIOLATION, ETC.*
22 |     20. Provide any additional information that you feel would be helpful to the court in
23 | processing your RICO claims. *JOE S. REYNA, JAVIER S. REYNA, LUPE C. SWAIN, INJECTING CHEST*
24 | DATED: *SEPTEMBER 4, 2008* *TO MAKE Huge GROWTH*
25 |
26 |                                                        *Grace L. Sandoval*
27 |                                                            Attorney for Plaintiff(s)
28 |